·THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID A. BROM, Defendant-Appellant.

(Nos. 74-137-9 cons.;

Second District (1st Division)—April 30, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Frank Wesolowski, Jr., Public Defender, of Wheaton (Robert H. Heise, Assistant Public Defender, of counsel), for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.